IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JERRY L. RAY,

    Plaintiff,                                       CIVIL ACTION

v.                                                   CV13-01483-DSC

MICHAEL CAIN; an Individual,
JAMES MARKLEY, an Individual;
and CITY OF WASHINGTON

    Defendants.

**APPENDIX TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S CONCISE STATEMENT OF MATERIAL FACTS AND PLAINTIFF'S RESPONSE TO DEFENDANT'S CONCISE STATEMENT OF MATERIAL FACTS**

                                                              Gary J. Ogg, Esquire
                                                              David Kennedy Houck, Esquire
                                                              Eve M. Elsen, Esquire

                                                              Pa.I.D. No. 34515 (Ogg)
                                                             Pa.I.D. No. 202280 (Houck)
                                                             Pa.I.D. No. 309653 (Elsen)

                                                              Ogg, Murphy & Perkosky, P.C.
                                                              245 Fort Pitt Boulevard
                                                              Pittsburgh, PA  15222
                                                              (412) 471-8500

                                                              Attorneys for Plaintiff

# **INDEX**

Excerpts of the Deposition Transcript of Robert Blyth ................................................................... 1

Excerpts of the Deposition Transcript of Christopher Luppino ...................................................... 2

Chuck Drago Report ........................................................................................................................ 3

Excerpts of the Deposition Transcript of James Markley ............................................................... 4

Excerpts of the Deposition Transcript of Michael Cain .................................................................. 5

Excerpts of the Deposition Transcript of John Yancosek ............................................................... 6

Excerpts of the City of Washington Police Policy and Procedure Manuel .................................... 7

Excerpts of the Deposition of Robert Wilson .................................................................................. 8

Excerpts of the Deposition Transcript of Michael Sulerud ............................................................. 9

Excerpts of the Deposition Transcript of Daniel Stanek ............................................................... 10

75 Pa.C.S. § 3735.1, Aggravated assault by vehicle while driving
under the influence ........................................................................................................................ 11

Excerpts of the Deposition of Plaintiff, Jerry Ray ........................................................................ 12

Bruce Wright Report ..................................................................................................................... 13

911 Call Record ............................................................................................................................. 14

Drawing of the intersection of West Chestnut and Jefferson Avenue .......................................... 15

Ariel picture of the intersection of West Chestnut and Jefferson Avenue ................................... 16

Excerpt of the Deposition Transcript of Roger Lemons ............................................................... 17

Main Narrative Report .................................................................................................................. 18

Supplemental Report ..................................................................................................................... 19

Michael McCabe Report ............................................................................................................... 20

Arrest Procedure ............................................................................................................................ 21

Stun Devices .................................................................................................................................. 22

Force Non-Deadly ............................................................................................................... 23

Excerpts of the Deposition Transcript of Kenneth Bollinger ....................................... 24

Criminal Investigation Report ........................................................................................ 25

Commonwealth of Pennsylvania Crash Reporting Form ............................................. 26

Excerpts of the Deposition of James Risbin ................................................................... 27

Picture of West Chestnut Street and Jefferson Avenue ................................................. 28

Excerpts of the Deposition Transcript of Matthew Day ............................................... 29

Intoxicated Individuals .................................................................................................... 30

Defendants' Answer to Plaintiff's Fourth Set of Interrogatories and Request for the Production of Documents, 7 ................................................................... 31

Picture of Corner of West Chestnut and Jefferson Avenue .......................................... 32

## **CERTIFICATE OF SERVICE**

  I, hereby certify that a true and correct copy of the within ***Appendix to Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment, Plaintiff's Concise Statement of Material Facts and Plaintiff's Response to Defendant's Concise Statement of Material Facts*** was served upon the following parties in interest on this 1st day of February, 2016 via electronic mail upon the following:

John F. Cambest
Lynne L. Finnerty
Dodaro, Matta & Cambest, P.C.
1001 Ardmore Boulevard, Suite 100
Pittsburgh, PA  15221
jcambest@law-dmc.com
lfinnerty@law-dmc.com

        **OGG, MURPHY & PERKOSKY, P.C.**
        <u>/s/ David Kennedy Houck</u>
        David Kennedy Houck
        *Attorney for Plaintiff*