IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY L. RAY, | ) |
|     Plaintiff, | ) |
| v. | )    2:13cv1483 |
| | )    **Electronic Filing** |
| MICHAEL CAIN, an Individual; and | ) |
| JAMES MARKLEY, an Individual, | ) |
|     Defendants. | ) |

### Verdict Slip

**QUESTION NO. 1**

Do you find that any of the defendants listed below violated Jerry L. Ray's right under Section 1983 of the Civil Rights Act and the Fourth Amendment to the United States Constitution, not to be subjected to excessive force?

Michael Cain     Yes _____     No  ✓

James Markley     Yes _____     No  ✓

Please sign and date the verdict slip, and return to the court room.

Date   2-27-17            *Bryan L. Reynolds*
                                                     Jury Foreperson