UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1597
_____

JERRY L. RAY,
                                        Appellant

v.

MICHAEL CAIN, an Individual; JAMES MARKLEY, an Individual;
CITY OF WASHINGTON
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2:13-cv-01483)
District Judge: Honorable David S. Cercone
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
January 26, 2018

Before: HARDIMAN, VANASKIE, and SHWARTZ, Circuit Judges
_____

JUDGMENT
_____


This cause came on to be considered on the record from the United States District

Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit

L.A.R. 34.1(a) on January 26, 2018. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the United States

District Court for the Western District of Pennsylvania entered September 29, 2016, be and

the same is hereby AFFIRMED. All of the above in accordance with the Opinion of this

Court.

      Costs taxed against Appellant.

                                     ATTEST:

                                     s/ Patricia S. Dodszuweit
                                     Clerk

Dated: February 9, 2018